(19)

SK

FILED IN OPEN COURT

NOV 22 2021

CHARLES R. DIARD, JR.
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIM. NO. 21-00213-JB |
| | * USAO NO. 21R00385 |
| v. | * |
| | * VIOLATION: 18 USC § 875(c) |
| LUTHER JAMES UPTON | * |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Interstate Threatening Communications
### Title 18, United States Code, Section 875(c)

On or about May 18, 2021, in the Southern District of Alabama, Southern Division, the defendant,

**LUTHER JAMES UPTON,**

knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another. During a live public radio broadcast in Evergreen, Alabama, the defendant made threatening statements to injure the person of D.R., an individual whose full name is known to the Grand Jury. These statements included the following:

- "You see what I got right here? ... You know exactly what I'm going to do."

- "But I'm urging Simp and Mayor Stallworth to do whatever you've got to do to get rid of that son of a b****, okay? Because if you don't, I am."

- "And Simp, if you and Stanley don't take care of that problem, I'm going to take care of it."

1

- "I dare him to stop me again. 'Cuz when he pulls me over, I'm going to put him down. I'm just telling ya now, I'm tired of it."

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

_____
SINAN KALAYOGLU
Assistant U.S. Attorney

_____
SEAN P. COSTELLO
Chief, Criminal Division          NOVEMBER 2021